# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                        NO. 4:08CR00294-02 JLH

MAURICE REACE HAYGOOD, JR.                                 DEFENDANT

## ORDER

The Court orders the United States file a response to, and the probation office to file a report concerning, Maurice Reace Haygood, Jr.'s motion for early termination of supervised release within 14 days from the entry of this Order. Document #107.

IT IS SO ORDERED this 13th day of December, 2017.

                                               _____
                                               J. LEON HOLMES
                                               UNITED STATES DISTRICT JUDGE